SARAH YAGMAN, an Infant, etc., by MEYER YAGMAN, Her Guardian ad Litem, Appellant, v. R. H. MACY & Co., INC., Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.